# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF
# MICHIGAN

| | |
|---|---|
| ANTHONY FANIA on behalf of herself and others similarly situated, | : : CIVIL ACTION FILE NO. 2:22-cv-12354 |
| Plaintiff, | : |
| v. | : |
| KIN INSURANCE, INC. | : |
| Defendant. | : |

## ANTHONY FANIA DECLARATION

I, Anthony Fania, declare under 28 U.S.C. § 1746 as follows:

1.  I am the plaintiff in the above-captioned action and I have personal knowledge of all facts in this declaration.

2.  I flatly and unequivocally deny ever visiting dailyinsurancedeals.com in or around August 2022. I have never requested a quote through dailyinsurancedeals.com, input my personal information on the website, or agreed to the website's terms, including any arbitration terms or agreements to allow insurance companies to contact me by phone or otherwise.

3.  I had no reason to search for home insurance policies on dailyinsurancedeals.com because I do not live in a traditional home, I live in a

1

mobile home. I insure the home under a fire-only policy and have no need for traditional home insurance.

4. As a result, I do not need, do not want, and did not ask for either dailyinsurancedeals.com or Kin Insurance to contact me about home insurance or insurance quotes using any means.

5. I verified this fact after reviewing my internet activity history on the internet browser I use to search the web, which tracks my activity history and searches on the browser.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 9, 2022, in ____Largo_____(city), __Florida_____(state).

By: _____*Anthony FANIA*_____

Anthony Fania

3